Argued December 7, affirmed December 29, 1961

# BROYLES *v.* NORTHWEST PORTRAIT FINISHERS

367 P. 2d 403

*Earle P. Skow* and *Martin J. Howard,* Portland, argued the cause for appellant. On the brief were James Arthur Powers and Earle P. Skow, Portland.

No appearance for respondent.

Before McALLISTER, Chief Justice, and WARNER, SLOAN, O'CONNELL and LUSK, Justices.

PER CURIAM.

An action for personal injuries sustained by plaintiff in an automobile accident. Plaintiff recovered a verdict and judgment. Defendant appeals.

With one exception the issues presented on this appeal were not raised in the trial court. Nor does the brief conform to Rule 19 of this court. The appeal is without merit. The judgment is affirmed.